COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RENATA DEVERO (J)          CASE NO: 00-4119-SNOW
AUSA: ED RYAN                    ATTY: _____
AGENT: CUSTOMS                   VIOL: PWID
PROCEEDING I/A ON COMPLAINT      RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no       COUNSEL APPOINTED _____

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____
2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to: _____

_____
_____
_____
_____
_____
_____

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: _____
                        PTD/BOND HRG:   5-25    3 pm    LSS
                        PRELIM/ARRAIGN:  6-1    11      LSS
                        REMOVAL HRG: _____
                        STATUS CONF: _____

Date: 5/22/00   Time 11:00   FTL/LSS TAPE #00- 025   Begin: 293   End: 3.34