| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER: CR _600697-004_ |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | REPORT COMMENCING CRIMINAL |
| | ) | ACTION |
| _RENata DEVERO_ | ) | |
| Defendant | | _00-4119-Snow_ |

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
U.S. DISTRICT COURT         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

FILED by ___ D.C.
MAY 2 ... 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: _5/31/00 -- 4:35_ a.m./p.m.

(2) LANGUAGE(S) SPOKEN: _English_

(3) OFFENSE(S) CHARGED: _21 USC 952(A) - Importation-cocaine_
_21 USC 841(A)(1) Poss w/Intent to Distribute - Cocaine_

(4) UNITED STATES CITIZEN:    (X) YES    ( ) NO    ( ) UNKNOWN

(5) DATE OF BIRTH: _10-17-1974_

(6) TYPE OF CHARGING DOCUMENT:  (CHECK ONE)
[ ] INDICTMENT    [X] COMPLAINT    CASE # _____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _Southern Florida_
COPY OF WARRANT LEFT WITH BOOKING OFFICER?    [ ] YES    [ ] NO

AMOUNT OF BOND:$ _____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _5/31/00_    (9) ARRESTING OFFICER _Edwin Black SSA/USCS_

(10) AGENCY _U.S. Customs_    (11) PHONE # _1-800-973-2867_

(12) COMMENTS _Duty AUSA - Ed Ryan, Ft. Laud._