COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RENATA DEVERO (J)  CASE NO: 00-4119-SNOW

AUSA: ED RYAN / Rosenthal  ATTY: FPD - Dembe

AGENT: _____  VIOL: _____

PROCEEDING PTD HEARING  RECOMMENDED BOND _____

BOND HEARING HELD - yes/no Stip  COUNSEL APPOINTED _____

BOND SET @ 200,000 CSB w/Nebb

FILED by __ D.C. MAY 25 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS: _____

1) To be cosigned by: _____

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to: _____

Parties reserve right to request PTD should deft seek to post or reduce the bond.

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____

PTD/BOND HRG: _____

PRELIM/ARRAIGN: _____

REMOVAL HRG: _____

STATUS CONF: _____

Date: 5-25-00   Time 3:00  9:30   FTL/LSS TAPE #00-026   Begin: 913   End: 925