U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RENATA DEVERO (J)    CASE NO: 6145-CR.WDF 00-~~4119-SNOW~~

AUSA: ED RYAN — pres    ATTY: FPD Tim Day

AGENT: _____    VIOL: _____

PROCEEDING ~~PRELIM~~/ARRAIGNMENT    RECOMMENDED BOND _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED _____

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____

2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person

3) Travel extended to: _____

[FILED by JUN 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____

                           PTD/BOND HRG: _____

                           PRELIM/ARRAIGN: _____

                           REMOVAL HRG: _____

                           STATUS CONF: 6-15  11  BSS

Date: 6-1-00    Time 11:00    FTL/LSS TAPE #00- 28    Begin: 879    End: 913