UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6145-CR-FERGUSON
Chief Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RENATA DEVERO,

    Defendant.

_____/

## TRIAL COUNSEL'S REQUEST FOR HEARING, INQUIRY RE COUNSEL

The Federal Public Defender's Office was appointed to represent the Defendant on May 22, 2000. Since that date undersigned counsel has attempted to resolve numerous issues presently confronting the Defendant. Presently the Defendant is being held on a stipulated bond in the amount of Two Hundred Thousand Dollars. Counsel has met with family investigating the possibility of satisfying the conditions of bond. The Government has reserved the right to renew their request for Pre-Trial Detention if the Defendant attempts to post bond. If sufficient collateral was available to satisfy the Government and the Court, a hearing would have been scheduled. The amount of collateral available is negligible compared to the amount of the bond. The Defendant blames trial counsel for her inability to post bond.

Defendant Devero refused to speak with counsel on Tuesday, June 6, 2000. Trial counsel arrived at the Federal Detention Center at 10:00 a.m. to interview the Defendant accompanied by two investigators from the Federal Defender's Office. Defendant Devero was aware of our presence but nevertheless departed the interview room. Upon contacting the Defendant's counselor at the Detention Center, she refused to return to the interview room. The Defendant informed the jailers that "she did not want to have anything to do with us."

On Friday, June 9, 2000, one of the investigators returned to the Federal Defender's Office in an attempt to commence the investigation on behalf of Defendant Devero. She refused to speak with the investigator.

WHEREFORE, trial counsel requests that a hearing be set so that the Defendant can explain her actions to the court. Undersigned counsel request that the hearing be held as soon as possible.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 9th day of June, 2000, to Edward Ryan, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Renata Devero, Reg. No. 60697-004, P. O. Box 019120, Miami, Florida 33101-9120.

Robert N. Berube