| | |
|---|---|
| DEFT: Renata Devero (no deft needed) | CASE NO: 00-6145-CR-Ferguson |
| AUSA: Ed Ryan /Brown/ | ATTNY: FPD /Bembe/ |
| AGENT: | VIOL: |
| PROCEEDING: Status Conference | BOND REC: |
| BOND HEARING HELD – yes/no | COUNSEL APPOINTED: |

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
JUN 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

Discovery not
Yet ready,
3 day to try
d-still has not recd
discovery

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 6-15-00   TIME: 11:00am   TAPE # 00-050   PG # 6
2461-2586
15