UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6145-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

RENATA DEVERO,

        Defendant.

_____/

## STATUS REPORT

A status conference was held in this cause on June 15, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require two days to try.

2. Defense counsel informed the Court that he has not yet received the Government's discovery response; the Government has agreed to deliver these materials to defense counsel. Further, counsel has filed a motion for an inquiry regarding counsel because his client allegedly refuses to meet with him or any other representative of his office. Counsel will schedule a hearing on this motion before the duty magistrate within the



1

next week.

DATED at Fort Lauderdale, Florida this 15 day of June 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson, Jr.

United States District Judge

Ed Ryan, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant

2