## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RENATA DEVERO (J)          CASE NO: 00-6145-CR-FERGUSON
AUSA: ED RYAN /Brown/            ATTY: ROBERT BERUBE /pres/
AGENT:                            VIOL:
PROCEEDING INQUIRY RE COUNSEL    RECOMMENDED BOND
BOND HEARING HELD - yes/no       COUNSEL APPOINTED

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS _____ x's a wk/month by phone; _____ x's a wk/month in person
3) Travel extended to:

FPD's motion to w/draw granted
Wilbur Chaney to be app't'd

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL:
                       PTD/BOND HRG:
                       PRELIM/ARRAIGN:
                       REMOVAL HRG:
                       STATUS CONF:

Date: 6/26/00   Time 11:00   FTL/LSS TAPE #00- 034   Begin: 1262   End: 1498

FILED by _____ D.C.
JUN 26 2000
CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. FT. LAUD.

18pp