**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.
JUL 10 2000

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. _00-6145-CR_     Date: _7-10-2000_
Clerk: _Valerie Crumpton_   Reporter: _Paul Haferling_
USPO: _____ Interpreter: _None_
**UNITED STATES OF AMERICA** vs. _Renata Levero_

AUSA: _Edward Ryan_
Defendant(s) Counsel: _Timothy Day_

Defendant(s)  Present _✓_  Not Present _✗_  In Custody __
Reason for hearing: _Calendar Call_

Result of hearing: _Defense Oral motion to Continue Trial Granted_

Case Continued to: _7-24-00_ Time: _3:15_ p.m. For: _Calendar Call_



20