UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

        Plaintiff,                CASE NUMBER: **00-6145-CR-FERGUSON**

vs

**RENATA DEVERO,**

        Defendant.
_____/

### NOTICE OF APPEARANCE

**COMES NOW, WILBUR V. CHANEY, ESQUIRE,** and files this notice of Appearance as attorney of record for the Defendant herein named in the aboved-styled case.

**DATED** this 20th day of July, 2000.

                                          WILBUR V. CHANEY, ESQUIRE
                                          Florida Bar #198153
                                          475 Northeast First Street, Suite A-1
                                          Delray Beach, Florida 33483
                                          Tele: (561) 276-7447
                                          Fax :(561) 276-6586
                                          Attorney for defendant

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to **ED RYAN,** Assistant United States Attorney, 500 East Broward Blvd., Ft. Lauderdale, Florida 33301 this 20th day of July, 2000.

                                          Attorney for Defendant