```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
```

FILED by _____ D.C.

JUL 2 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              CASE NUMBER: 00-6145-CR-FERGUSON

RENATA DEVERO,

    Defendant.
_____/

## MOTION TO CONTINUE

**COMES NOW**, the Defendant, **RENATA DEVERO**, by and through her undersigned attorney and files this Motion to continue and in support thereof states as follows:

1. That the undersigned attorney was just recently appointed to this case and is not prepared for trail that is set for July 31, 2000.

2. That the Defendant is incarcerated at the present time.

3. That the undersigned attorney discussed the Motion for Continuance with AUSA, Edward R. Ryan, and he had no objections to the continuance.

4. That the undersigned attorney request a continuance for approximately 60 days.

**WHEREFORE** based on the foregoing we respectfully request the Court to allow the Defendant and his counsel a continuance.



Respectfully submitted,

WILBUR V. CHANEY, ESQUIRE
Florida Bar #198153
475 N.E. 1st Street, Suite 1-A
Delray Beach, Florida 33483
Tele: (561) 276-7447
Attorney for Defendant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail/Hand Delivery to **EDWARD R. RYAN, ESQUIRE**, Assistant United States Attorney, 500 East Broward Blvd., Fort Lauderdale, FL 33301, dated this ___19th___ day of __July,__ 2000.

Attorney