UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE NUMBER: 00-6145-CR-FERGUSON

RENATA DEVERO,

    Defendant.
_____/

JUL 26 2000

### ORDER ON MOTION TO CONTINUE

**THIS CAUSE** having come to be heard on defendant, **RENATA DEVERO** Motion for a Continuance and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the motion is hereby ___GRANTED___ and the matter ~~shall be~~ is re-set ~~by further order~~ to August 21, 2000 for calendar call.

**DONE AND ORDERED** In Chambers in West Palm Beach, Southern District of Florida on this __25th__ day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE

cc: WILBUR V. CHANEY, Esq.
    EDWARD RYAN, AUSA

