UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF FLORIDA          CASE NUMBER: 00-6145-CR-FERGUSON

    Plaintiff,
vs

RENATA DEVERO,
    Defendant.
_____/

### AMENDED NOTICE OF HEARING

TO: EDWARD RYAN, AUSA
   500 East Broward Blvd.
   Ft. Lauderdale, FL 33301

    **YOU ARE HEREBY NOTIFIED,** that the undersigned will call up for hearing the following:

**DATE:** November 17, 2000
**TIME:** 1:30 p.m.
**PLACE:** Room 207A, 2nd Floor, Federal Courthouse, 299 East Broward Blvd., Ft. Lauderdale, Florida.
**JUDGE:** The Honorable Wilkie D. Ferguson
**SUBJECT:** Sentencing Date

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the above-named addresses by U.S. Mail this 12th day of October, 2000.

WILBUR V. CHANEY, ESQUIRE
Florida Bar # 198153
475 North East 1st Street, Suite A-1
Delray Beach, Florida 33483
Tele: (561) 276-7447

