NON-COMPLIANCE    5.1(A)(1)

COPIES NOT PROVIDED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STATE OF FLORIDA,
     Plaintiff,

                           CASE NUMBER: 00-6145-Ferguson

vs.

RENATA DEVERO,
     Defendant.
_____/

### *OBJECTIONS AND COMMENTS*
### *PRESENTENCE REPORT*

**COMES NOW** the Defendant, RENATA DEVERO, by and through her undersigned

attorney, and files this Objections and Comments to Presentence Report, and in support thereof

states as follows:

### *THE DEFENSE CONDUCT*

(1)     Paragraph 5.

     Even though the Defendant did not know that contraband was in the shoes she knew

something was wrong.

### *OFFENSE LEVEL COMPUTATION*

### *(2)    Adjustment for role in the offense.*

     The Defendant objects to the assessment that she is not entitled to an adjustment for her

role in the offense. It is the Defendant's position that she is entitled to a four (4) level reduction

for minimal participation in that it appears from the facts of this case that this was a carrier

situation for a single smuggling transaction. Furthermore, it is Defendant's position that if she is

not entitled to the four (4) level reduction for minimal participation, she should be entitled a two

(2) level reduction as a minor participant in that she is certainly less cupable than "Marie" and the

rest of the participants.

(3)    Paragraph 19. *Total Offense Level*

It is our position that the total offense level should be 17 as a result of being entitled to a

four (4) level reduction for a minimal participant, but nothing less than a level 19 for based on a

two (2) level reduction for being a minor participant.

### *Part D. Sentencing Options:*

(4)    Paragraph 55.

Based on our previous objections it is our position that the total offense level should be

17, but certainly not less than 19, with a criminal history category of one.

Respectfully submitted,

Wilbur V. Chaney, Esquire
475 NE 1st Street, Suite A-1
Delray Beach, Florida 33483

### *CERTIFICATE OF SERVICE*

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished

by U.S. Mail to Edward R. Ryan, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394 and

Jessica Kirby, U.S. Probation Officer, 300 NE 1st Avenue, Room 315, Miami, FL 33132 this *25th*

day of *October, 2000*.

Attorney