SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NOV 28 2000
CLARENCE MADDOX
C... D.S... CT.
S.D. OF FLA. FT. LAUD.

CASE # _00-6145-CR-WDF_

DEFENDANT _Kenneth Devero_     JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_     DATE _Nov 27, 2000_

Court Reporter _Paul Haferling_     USPO _Tracey Webb_

AUSA _Ced Ryan_     Deft's Counsel _Wilbur Charney_

COUNTS DISMISSED _All Others_
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM

JUDGMENT AND SENTENCE

Imprisonment _Right to Appeal_   Years ___   Months _30_   Counts _4_
_credit time served_

Supervised Release _3 yrs (see P.S.C. for details)_

Probation   Years ___   Months ___   Counts ___

Comments _____

Assessment $ _100.00_     Fine $ _None_

Restitution /Other _____

CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _Coleman, FLA._
_500 hour Drug Program._

30