DEFENDANT: **RENATA DEVERO, (J)**
CASE NUMBER: 0:00CR06145-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___30___ month(s) _____.

**As to Count Four of the Indictment.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant is incarcerated at Coleman, Florida. The defendant shall participate in the 500 Hour Drug Program while incarcerated.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

Troy D. Walker
11/30/00

Defendant delivered on __2-16-01__ to __FCC COM SCP__
at __Coleman, FL__ , with a certified copy of this judgment.

Carlyle I. Holder - Warden
~~UNITED STATES MARSHAL~~

By _____
Deputy U.S. Marshal